KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

IOANA PETROU (CSBN 170834)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7189
Facsimile: (415) 436-7234

FILED
NOV 03 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JACQUEE BOVEE,<br><br>　　　Defendant. | No. CR 05 00698 MAG<br><br>MOTION TO TRANSFER VENUE and (~~PROPOSED~~) ORDER |

　　　It is hereby stipulated between the parties that a transfer of venue is appropriate for the convenience of the defendant, Jacquee Bovee.

　　　Northern District Local Rule 18-2 states that, "[u]pon . . . the motion of any party . . . a Judge may order the Clerk to transfer a criminal case to a different courthouse if . . . a transfer

\\

\\

\\

TRANSFER MOTION & ORDER           1

1  would be in the interest of justice based upon the convenience of the defendant and the witnesses and
2  the prompt administration of justice." Crim. L.R. 18-2.
3
4  DATED: October 28, 2004                    Respectfully submitted,
5                                              KEVIN V. RYAN
                                                United States Attorney
6
7                                              _____
                                                Ioana Petrou
8                                               Assistant United States Attorney
9
10                                             _____
                                                Matti Fromson
11                                              Attorney for defendant Jacquee Bovee
12
13      Upon the stipulation of the parties, it is hereby ordered that the parties' motion be granted and
14  this case be transferred to the United States District Courthouse in Oakland for further proceedings.
15
16  Dated: 11/3/05
                                                _____
17                                              ~~Judge James Larson~~ Judge Edward M. Chen
                                                United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

TRANSFER MOTION & ORDER                    2